# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 11, 2023

_____

DOCKETING FORMS
FOLLOW-UP NOTICE

_____

No. 21-6109,   Raymond Tate v. D. J. Harmon
              7:19-cv-00609-NKM-JCH

TO:    Roderick & Solange MacArthur Justice Center

REQUESTED FORM(S) DUE:  January 17, 2023

The form(s) identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site.

[x] Appearance of counsel [eFiler status required] from Samuel Weiss on behalf of Roderick & Solange MacArthur Justice Center.

Donna Lett, Deputy Clerk
804-916-2704